SCWC-11-0000126

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ZACHARY K. MANIPON-SILVA, also known as Zachary Silva,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000126; CR. NO. 10-1-0764)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on January 25, 2013, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 6, 2013.

Summer M.M. Kupau                    /s/ Mark E. Recktenwald
for petitioner
                                     /s/ Paula A. Nakayama

                                     /s/ Simeon R. Acoba, Jr.

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

